## First Department, March, 1981

## (March 3, 1981)

■ The People of the State of New York, Respondent, v Robert Gorman, Appellant. — Judgment, Supreme Court, New York County, rendered on January 16, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P.J., Sandler, Carro, Lupiano and Fein, JJ.

■ The People of the State of New York, Respondent, v John Zuccaro, Appellant. — Judgment and order, Supreme Court, New York County, rendered on January 7, 1980 and entered on September 16, 1980, respectively, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P.J., Sandler, Carro, Lupiano and Fein, JJ.

■ In the Matter of Joel K. Peister, on Behalf of Kenneth Cotton, Petitioner, v William Kapelman et al., Respondents. — Application for a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. Petitioner fails to demonstrate a clear right to the drastic remedy of prohibition. The prior jeopardy issue is preserved for appellate review in the event petitioner should be convicted. No opinion. Concur — Murphy, P.J., Sandler, Sullivan, Markewich and Fein, JJ.